# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

MICHAEL SHANE MOORE, )
)
    Plaintiff, )
)
v. ) Case No. CIV-18-126-SPS
)
ANDREW M. SAUL, )
Commissioner of the Social )
Security Administration,[1] )
)
    Defendant. )

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 16] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 12th day of September, 2019.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] On June 4, 2019, Andrew M. Saul became the Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Mr. Saul is substituted for Nancy A. Berryhill as the Defendant in this action.